McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:06-CR-0213 LKK |
| Plaintiff, ) | ORDER TO SEAL |
| v. ) | (UNDER SEAL) |
| NICHOLAS A. DOYLE, ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the first arrest of the defendant in this case or until further order of the Court.

DATED: 5/25/06

GREGORY G. HOLLOWS
United States Magistrate Judge

1