```
                                                           FILED
                                                          May 26, 2006
         UNITED STATES DISTRICT COURT FOR THE        CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
            EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                           DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )        Case No. CR.S-06-0213-LKK
                          )
v.                        )        ORDER FOR RELEASE OF
                          )        PERSON IN CUSTODY
NICHOLAS DOYLE,           )
                          )
          Defendant.      )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS DOYLE , Case No.  CR.S-06-0213-LKK , Charge  18USC § 2252(a)(4)(b) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __   Bail Posted in the Sum of $__

             __   Unsecured Appearance Bond

             __   Appearance Bond with 10% Deposit

             __   Appearance Bond with Surety

             __   Corporate Surety Bail Bond

    ✔    (Other)        Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 26, 2006  at  2:11 pm .

                          By  /s/ Gregory G. Hollows
                              Gregory G. Hollows
                              United States Magistrate Judge

Copy 5 - Court