DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 2:06-cr-213 LKK |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER SETTING |
| v.  ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME |
| NICHOLAS DOYLE,  ) | |
| ) | |
| Defendant.  ) | Date:  June 27, 2006 |
| ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Lexi Negin, counsel for Defendant Nicholas Doyle, that the above case be placed on this court's criminal calendar for status conference on **June 27, 2006.**

The court is advised that notice was inadvertently not forwarded to this court's deputy clerk that a status conference was requested for June 6, 2006.  In the meantime initial discovery was received in defense counsel's office on June 5, 2006, and the case was assigned to undersigned counsel.  Counsel for the parties then conferred and agreed

to seek a status conference on June 27, 2006, and to exclude time from the filing of this stipulation until then in order to permit review of discovery, consultation with Mr. Doyle, and consideration of steps needed to be taken to prepare the defense.  Mr. Doyle was telephonically advised of this proposed course of action by Assistant Federal Defender Jeffrey Staniels and agreed to the date and to the exclusion of time.

**IT IS FURTHER STIPULATED** that, for the reasons just stated, that time for trial under the Speedy Trial Act, be excluded from June 6, 2006 through June 27, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, for preparation of the defense.

Dated:  June 6, 2006            /S/ Carolyn Delaney
                                Carolyn Delaney
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated:  June 6, 2006            /S/ Lexi Negin
                                LEXI NEGIN
                                Assistant Federal Defender
                                Attorney for Defendant
                                NICHOLAS DOYLE

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,

Dated:  June 8, 2006
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

Stipulation & Order Continuing
Case and Excluding Time          -2-