DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-213 LKK |
| Plaintiff, | ) | |
| v. | ) | **ORDER AFTER HEARING** |
| | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| NICHOLAS DOYLE, | ) | |
| Defendant. | ) | |

This matter came on for Status Conference on June 27, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Nicholas Doyle, who was present and out of custody.

Defense counsel requested additional time for investigation, review of discovery and to have discussions with the government toward a resolution of the case. A further status conference date of August 1, 2006, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from June 27, 2006, up until and including August 1, 2006.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to August 1, 2006, at 9:30 a.m. for Status

Order After Hearing

Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B) (iv) and Local Code T4, the period from June 27, 2006, up to and including August 1, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: June 30, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT