DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-213 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING  HEARING |
| v. | ) | |
| | ) | Judge: Lawrence K. Karlton |
| | ) | |
| NICHOLAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for sentencing on October 11, 2006.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation for sentencing. Specifically the completion of a psychological evaluation to be presented to the Court for consideration at sentencing. e.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for October 11, 2006, be continued until December 5, 2006, and that sentencing memoranda be due to the Court on November 28, 2006.  The Presentence Investigation Report schedule does not need to be altered.

A proposed order is attached and lodged separately for the court's convenience.

//

//

//

1

1  //

2  DATED: September 29, 2006

6                     Respectfully submitted,

7  McGREGOR W. SCOTT                    DANIEL BRODERICK
United States Attorney                     Federal Defender

10  /Lexi Negin for Carolyn Delaney          /s/ Lexi Negin
CAROLYN DELANEY                     LEXI NEGIN
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States             Attorney for Nicholas Doyle

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>            Plaintiff,                )<br>                                              )<br>      v.                                    )<br>                                              )<br> NICHOLAS DOYLE,               )<br>                                              )<br>            Defendant.           )<br> _____) | CASE NO. CR-S-06-213 LKK<br><br><br><br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on September 29, 2006, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 11, 2006, be continued until Tuesday, December 5, 2006, at 9:30 a.m. and that any sentencing memoranda be filed by the parties by November 28, 2006.

Dated: September 28, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2