DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-213 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | SENTENCING HEARING |
| v. | ) | |
| | ) | Judge: Lawrence K. Karlton |
| | ) | |
| NICHOLAS DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for sentencing on December 5, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation for sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for December 5, 2006, be continued until January 16, 2007, and that sentencing memoranda be due to the Court on January 9, 2007. The Presentence Investigation Report schedule does not need to be altered.

A proposed order is attached and lodged separately for the court's convenience.

DATED: November 27, 2006

1

| | |
|---|---|
| Respectfully submitted, | |
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /Lexi Negin for Carolyn Delaney<br>CAROLYN DELANEY<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Nicholas Doyle |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-213 LKK |
| Plaintiff, | ) | |
| v. | ) | |
| NICHOLAS DOYLE, | ) | ORDER CONTINUING STATUS |
| Defendant. | ) | CONFERENCE AND EXCLUDING TIME |

_____

For the reasons set forth in the stipulation of the parties, filed on November 27, 2006, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for December 5, 2006, be continued until Tuesday, January 17, 2007, at 9:30 a.m. and that any sentencing memoranda be filed by the parties by January 9, 2007.

Dated: November 27, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2