DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NICHOLAS DOYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-213 LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | Judge: Lawrence K. Karlton |
| NICHOLAS DOYLE, | ) ) | |
| Defendant. | ) | |

This case is currently scheduled for sentencing on January 17, 2007.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation for sentencing.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for January 17, 2007, be continued until February 13, 2007, and that sentencing memoranda be due to the Court on February 6, 2007.  The Presentence Investigation Report schedule does not need to be altered.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 11, 2007

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Carolyn Delaney<br>CAROLYN DELANEY<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Nicholas Doyle |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-213 LKK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| NICHOLAS DOYLE, ) | |
| ) | ORDER CONTINUING SENTENCING |
| Defendant. ) | HEARING |

For the reasons set forth in the stipulation of the parties, filed on January 11, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for January 17, 2007, be continued until Tuesday, February 13, 2007, at 9:30 a.m. and that any sentencing memoranda be filed by the parties by February 6, 2007.

Dated: January 11, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2