```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LEXI A. NEGIN, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   Nicholas Anthony Doyle
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-06-213 LKK |
| Plaintiff, | |
| v. | ORDER SEALING RECORD |
| NICHOLAS ANTHONY DOYLE, | |
| Defendant. | |

On February 9, 2007, the Court received Defendant's Psychological Evaluation. This Evaluation contains personal information.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the document under seal.

Dated: February 12, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT