McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-06-00213 LKK |
| Plaintiff, | ) | FINAL ORDER OR FORFEITURE |
| v. | ) | |
| NICHOLAS A. DOYLE, | ) | |
| Defendant. | ) | |

WHEREAS, on September 5, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Nicholas A. Doyle forfeiting to the United States the following property:

    a.   an HP Pavilion desktop model A230N[1],

    b.   a Seagate 120gb hard drive.

AND WHEREAS, on October 6, 13, and 20, 2006, the United States published notice of the Court's Preliminary Order of Forfeiture in The Auburn Journal (Placer County), a newspaper of general

---

1 This was incorrectly listed in the Indictment as a laptop.

1

1  circulation located in the county in which the subject property was
2  seized.  Said published notice advised all third parties of their
3  right to petition the Court within thirty (30) days of the
4  publication date for a hearing to adjudicate the validity of their
5  alleged legal interest in the forfeited property;
6      AND WHEREAS, the Court has been advised that no third party has
7  filed a claim to the subject property, and the time for any person
8  or entity to file a claim has expired.
9      Accordingly, it is hereby ORDERED and ADJUDGED:
10     1.  A Final Order of Forfeiture shall be entered forfeiting to
11 the United States of America all right, title, and interest in the
12 above-listed property pursuant to 18 U.S.C. § 2253, to be disposed
13 of according to law, including all right, title, and interest of
14 Nicholas A. Doyle.
15     2.  All right, title, and interest in the above-listed property
16 shall vest solely in the United States of America.
17     3.  The United States shall maintain custody of and control
18 over the subject property until it is disposed of according to law.
19     SO ORDERED this 26th day of March, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT